IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIUS VANZELST, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 16-6110 |
| v. | : | |
| NATIONWIDE INSURANCE COMPANY, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 24th day of May, 2017, upon the representations made to this court by counsel, it is hereby ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS, pursuant to Local Rule 41.1(b).

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II      J.